UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHILIPHEOUS-MARSHALL: FOSTER

v.  CA 09-398 ML

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., et al.

## MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Martin on September 3, 2009. Plaintiff has filed a document which, after reading, this Court is unable to characterize since it is largely unintelligible.

Having reviewed the Report and Recommendation and Plaintiff's submission, the Court agrees with the Magistrate Judge's conclusions. This complaint ought to be, and it is hereby, DISMISSED pursuant 28 U.S.C. § 1915(e)(2).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
September 22, 2009